# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JESSIE GRACE, III

NO. 2022 KW 0686

**SEPTEMBER 12, 2022**

---

In Re:   Jessie Grace, III, applying for supervisory writs, 20th Judicial District Court, Parish of West Feliciana, No. 20-WFLN-174.

---

**BEFORE:   WELCH, PENZATO, AND LANIER, JJ.**

**WRIT DENIED.**

                          **JEW**
                          **AHP**
                          **WIL**

COURT OF APPEAL, FIRST CIRCUIT

*q.Sn*

DEPUTY CLERK OF COURT
    FOR THE COURT